**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1687**

KEITH BRUNDIGE,

                    Plaintiff – Appellant,

          v.

THE PRINCE WILLIAM COUNTY POLICE DEPARTMENT,

                    Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (1:08-cv-00037-GBL-TCB)

Submitted: October 14, 2008        Decided:  October 16, 2008

Before KING, GREGORY, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Keith Brundige, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith Brundige appeals the district court's order dismissing his civil action brought pursuant to Title II of the Civil Rights Act of 1964 (42 U.S.C. § 2000a(a) (2000)). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brundige v. Prince William County Police Dep't, No. 1:08-cv-0037-GBL-TCB (E.D. Va. filed Feb. 29, 2008; entered Mar. 4, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED